```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07299
   YILI ZHAO
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7710


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/21/2006 and was confirmed 08/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/04/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
GLENVIEW STATE BANK          SECURED                 .00           .00             .00
MIDWEST MORTGAGE             CURRENT MORTG           .00           .00             .00
ECAST SETTLEMENT CORP        UNSECURED          7535.16            .00         2758.82
RESURGENT CAPITAL SERVIC     UNSECURED         11788.45            .00         4311.75
CAPITAL ONE                  UNSECURED           928.99            .00          340.14
B-LINE LLC/CHASE BANK US     UNSECURED          6267.07            .00         2294.52
B-LINE LLC/CHASE BANK US     UNSECURED         15249.44            .00         5583.25
ECAST SETTLEMENT CORP        UNSECURED          5091.10            .00         1864.02
B-LINE LLC/CHASE BANK US     UNSECURED         10687.30            .00         3912.91
RESURGENT CAPITAL SERVIC     UNSECURED          8831.53            .00         3234.50
DISCOVER FINANCIAL SERVI     UNSECURED           962.41            .00          352.38
HSBC                         UNSECURED          8147.71            .00         2983.13
LORRAINE GREENBERG & ASS     DEBTOR ATTY       2,774.00                        2,774.00
TOM VAUGHN                   TRUSTEE                                           2,064.58
DEBTOR REFUND                REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   32,474.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                          27,635.42
ADMINISTRATIVE                                      2,774.00
TRUSTEE COMPENSATION                                2,064.58
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                    32,474.00                32,474.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07299 YILI ZHAO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE